138702

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** CV-01-175(JMR/FLN) **Case Title:** Michael & Lavonne Keske v. Black & Decker (U.S.) Inc.

**Affidavit of Movant**

I, James E. Blaney, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Tia C. Glass, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )~~defendant~~ Michael & Lavonne Keske in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature James E. Blaney — 227626 MN Attorney License # — 11/20/01 Date

**Affidavit of Proposed Admittee**

I, Tia Glass, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Tia C Glass — Type/Print Name
Signature
11.9.01 — Date

Attorney License Number: ~~626918~~ 6269818

Law Firm Name & Address: Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago IL 60606

Telephone: (312) 382 · 3100

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

NOV 20 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________