IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michael and LaVonne Keske,<br><br>Plaintiffs,<br><br>v.<br><br>Black & Decker (U.S.) Inc.,<br><br>Defendant. | ) | Court File No. CV 01-175 (JMR/FLN)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action may be dismissed on the merits with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: 4.2., 2002.

COZEN O'CONNOR

By ______________________
Tia C. Glass (Admitted Pro Hac Vice)
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606-6000
(312) 382-3116

James E. Blaney Reg. No. 227626
MOORE, COSTELLO & HART, P.L.L.P.
55 East Fifth Street, Suite 1400
St. Paul, MN 55101-1792
(651) 602-2637

ATTORNEYS FOR PLAINTIFFS

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

Dated: March 29, 2002.

HINSHAW & CULBERTSON

By________________________________

Russell S. Ponessa Reg. No. 169316
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

ATTORNEYS FOR DEFENDANT BLACK & DECKER (U.S.) INC.

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that all claims in the above-entitled action are dismissed on the merits with prejudice without further costs, disbursements or attorneys' fees to any party.

IT IS FURTHER ORDERED that the Clerk shall enter JUDGMENT accordingly.

Dated: April 1st, 2002.

BY THE COURT

________________________________

~~The Honorable Franklin L. Noel~~
~~United States District Court Judge~~
HONORABLE JAMES M. ROSENBAUM, Chief of
U.S. District Court